UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

CURTIS L. ROPER,                    )
                                    )
            Plaintiff,              )
                                    )
v.                                  )          No. 3:20-CV-439-TAV-DCP
                                    )
KNOXVILLE ASSISTED LIVING           )
RETIREMENT COMMUNITY, LLC, d/b/a    )
MANORHOUSE AT KNOXVILLE, et al.,    )
                                    )
            Defendants.             )

**ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiff's Motion to Replace Doc. 53-8 [Doc. 55]. Plaintiff states that Exhibit 8 [Doc. 53-8] contains information that should have been redacted prior to filing. Plaintiff has submitted a redacted copy of Exhibit 8 [Doc. 55-1] with his Motion.

The Court notes that [Doc. 55-1] simply redacts Plaintiff's date of birth and social security number. Accordingly, the Court finds Plaintiff's Motion [**Doc. 55**] well taken, and it is **GRANTED**. The Clerk is **DIRECTED** to replace [Doc. 53-8] with [Doc. 55-1].

**IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge